# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 12, 2010

Marilyn Kelly,
Chief Justice

139984

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellant,

v

DOUGLAS EUGENE CAMP,
         Defendant-Appellee.

SC: 139984
COA: 285101
Lenawee CC: 07-012858-FC

_____/

      On order of the Court, the application for leave to appeal the September 17, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). At oral argument, the parties shall address whether the Court of Appeals was correct in ruling that the defendant did not consent to the mistrial and that the mistrial was not supported by manifest necessity. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.

      The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 12, 2010

_____
Clerk

p0309